THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. C14-0862-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| TODD F. BORSETH, *et al.*, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's unopposed motion for voluntary dismissal (Dkt. No. 33.) Plaintiff indicates that it no longer seeks the sale of certain real property to which tax and judgment liens had attached. (*Id.* at 2.) Accordingly, Plaintiff requests dismissal of this case. (*Id.*) Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court GRANTS Plaintiff's motion. This matter is DISMISSED with prejudice and without an award of attorney fees or costs to either party.

DATED this 3rd day of September 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C14-0862-JCC
PAGE - 1